UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENCORE BANK,

                        Plaintiff,

           -v-

OSSINING RIVER ASSOCIATES, INC., MAKERS LINE, LLC, HENRY JASON WINKLER, ELLEN WINKLER, *and* NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE,

                        Defendants.

24 Civ. 9863 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

On July 30, 2025, plaintiff filed a motion for default judgment. Dkt. 27. On August 2, 2025, plaintiff filed proof of service of that motion and supporting papers as to all defendants. Dkt. 28. On August 7, 2025, the Court issued an order for defendants' counsel, by August 28, 2025, to enter an appearance and file an opposition on ECF, explaining why default judgment is not warranted. Dkt. 29. On August 11, 2025, plaintiff filed proof of service of the order on all defendants. Dkt. 30.

On August 28, 2025, the Court received a voicemail and correspondence from defendant Henry Jason Winkler ("Winkler"). In these, Winkler asserted that plaintiff had mailed the order to an outdated address, resulting in belated receipt of the order on August 26, 2025.

The Court *sua sponte* extends the deadline for defendants' counsel to enter a notice of appearance and file an opposition on ECF, explaining why a default judgment is not warranted, until September 26, 2025. Plaintiff is to serve this order on defendants forthwith, and file proof of this service no later than September 12, 2025.

2

SO ORDERED.

$\underline{\qquad\text{Paul A. Engelmayer}\qquad}$
PAUL A. ENGELMAYER
United States District Judge

Dated: August 29, 2025
       New York, New York

Case 1:24-cv-09863-PAE   Document 31   Filed 08/29/25   Page 2 of 2