UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENCORE BANK,

                              Plaintiff,

              -v-                                                  24 Civ. 9863 (PAE)

OSSINING RIVER ASSOCIATES, INC. *et al.*,                          ORDER

                              Defendants.

PAUL A. ENGELMAYER, District Judge:

This order seeks clarification from plaintiff Encore Bank ("Encore") concerning its motion for default judgment. *See* Dkt. 27. Neither the motion nor the proposed judgment attached thereto, *see* Dkt. 27-27 at 2, identifies a proposed referee to conduct the requested foreclosure sale. Accordingly, by January 9, 2026, Encore shall: (1) serve this order on all defendants forthwith and file proof of service on the docket of this case; and (2) file a letter on the docket proposing a referee. By January 14, 2026, Encore shall serve a copy of its January 9 letter on all defendants and file proof of service on the docket.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 2, 2026
       New York, New York